UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VS.

Clarita Depakakibo Garcia

Case No. 2-09-MC-50231
Honorable George Caram Steeh

### ORDER FOR DISBURSEMENT OF FUNDS FROM REGISTRY

A bond having been posted on behalf of the defendant, **Clarita Depakakibo Garcia**, and funds having been deposited into the Registry of the Court, and said bond having been cancelled by order of the Court on **August 5, 2013**, now therefore,

IT IS HEREBY ORDERED that the Clerk of this Court draw a check upon the Registry of the Court in the amount **of $20,000.00** payable to **Chedie D. Solivio and Ledie Cristales**, the depositors.

_____
United States District Judge

August 19, 2013

Above information checked this 16th day of **August, 2013** and found to be correct.

_____
Deputy Clerk